UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Howell IV,<br><br>Plaintiff,<br>vs.<br><br>Equifax Information Services, LLC., et al.,<br><br>Defendants. | Case No. 4:21-cv-01550-MWB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORATION SERVICES, LLC., ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated this 10th day of February 2022.

  */s/ Nicholas Linker*
Nicholas Linker
Zemel Law, LLC
660 Broadway
Paterson, NJ 07514
862.227.3106
nl@zemellawllc
*Attorneys for Plaintiff*
*William Howell IV*

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
248.353.2882