UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Howell IV,<br><br>　　　　　Plaintiff,<br>vs.<br>Equifax Information Services, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 4:21-cv-01550-MWB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc. only, in the above-captioned case have reached a settlement. The parties anticipate filing a Voluntary Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., only, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated this 22nd day of August 2022.

　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas Linker
　　　　　　　　　　　　　　　　　　　　Nicholas Linker
　　　　　　　　　　　　　　　　　　　　Zemel Law, LLC
　　　　　　　　　　　　　　　　　　　　660 Broadway
　　　　　　　　　　　　　　　　　　　　Paterson, New Jersey 07514
　　　　　　　　　　　　　　　　　　　　862.227.3106
　　　　　　　　　　　　　　　　　　　　nl@zemellawllc
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*William Howell IV*

　　　　　　　　　　　　　　　　　　　　Of Counsel to:
　　　　　　　　　　　　　　　　　　　　Credit Repair Lawyers of America
　　　　　　　　　　　　　　　　　　　　39111 Six Mile Rd., Suite 142
　　　　　　　　　　　　　　　　　　　　Livonia, MI 48152
　　　　　　　　　　　　　　　　　　　　248.353.2882