UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILLIAMSPORT)

| | |
|---|---|
| William Howell IV,<br><br>      Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., Experian Information Solutions, Inc., and Synchrony Bank,<br><br>      Defendants. | Case No.: 4:21-cv-01550-MWB |

## STIPULATION OF DISMISSAL
### AS TO DEFENDANT SYNCHRONY BANK ONLY, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Synchrony Bank only, with prejudice and without attorney's fees or costs to either party.

                            Respectfully submitted,

                            By: /s/ Nicholas Linker
                            Nicholas Linker, Esq.
                            Zemel Law LLC
                            660 Broadway
                            Paterson, NJ 07514
                            T: (862) 227-3106
                            E-mail: NL@zemellawllc.com
                            *Attorney for Plaintiff,*
                            *William Howell IV*

/s/ **Samantha Chugh**
Samantha Chugh (SBN 93288)
Email: schugh@reedsmith.com
REED SMITH LLP
Global Solutions – Pittsburgh
20 Stanwix Street
Pittsburgh, PA 15222-4899
Telephone: +1 412 288 3330
Facsimile: +1 412 288 3063
*Counsel for Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ Nicholas Linker
Nicholas Linker, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILLIAMSPORT)

| | |
|---|---|
| William Howell IV,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., Experian Information Solutions, Inc., and Synchrony Bank,<br><br>Defendants. | Case No.: 4:21-cv-01550-MWB |

### ORDER OF DISMISSAL
### WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Synchrony Bank only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Synchrony Bank only as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: _____                    _____
                                          Judge of United States District Court